IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM L. OWEN, III, and RUPERT WHITEHEAD, III, on behalf of themselves and all those similarly-situated who consent to representation, | * * * * * * | CIVIL ACTION NO: 1:15-cv-02836-LM |
| Plaintiffs, | * * | FLSA COLLECTIVE ACTION |
| v. | * * | |
| COGGINS PRODUCE GEORGIA, LLC, | * * * | **JURY TRIAL DEMANDED** |
| Defendant. | * * | |

## ~~PROPOSED~~ ORDER

Upon reading and taking into consideration Defendant Coggins Produce Georgia, LLC's Motion for Transfer of Venue and Memorandum in support, it is hereby ORDERED THAT JURISDICTION OF THIS CASE BE TRANSFERRED from the U.S. District Court for the Northern District of Georgia, Atlanta Division, to the U.S. District Court for the Middle District of Georgia, Valdosta Division.

SO ORDERED this 27th day of October, 2015.

_____
The Honorable Leigh Martin May